____ FILED   ____ ENTERED
____ LODGED  ____ RECEIVED

MAR 12 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

09-CV-01577-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHARLES THIRU GATHU, | NO. C09-1577-JLR-JPD |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement, | |
| Respondent. | |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Return Memorandum and Motion to Dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) This action is DISMISSED as moot and without prejudice;

(3) The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

(4) Petitioner's Motion to Withdraw (Dkt 15) is DENIED as moot.

DATED this 12th day of March, 2010.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1